UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Kameron Dorsey
        Plaintiff,

                          Case No. 1:10cv566

      vs.                       Judge Beckwith
                          Magistrate Judge Bowman

Hamilton County, *et al.*
        Defendants.

## CALENDAR ORDER

On February 15, 2012, a Joint Motion to extend the existing calendar was filed. (Doc. 33). For good cause shown, that motion (Doc. 33) is GRANTED and the calendar is AMENDED as follows:

    Deadline for disclosure and report of plaintiff expert(s):    **May 15, 2012**
    Deadline for disclosure and report of defendants' expert(s):    **June 15, 2012**
    Deadline for disclosure and report of rebuttal expert(s):    **July 15, 2012**

    Discovery deadline:    **August 15, 2012**

    Deadline to file dispositive motions:  **October 15, 2012**

Since this extension does, in fact, interfere with Judge Beckwith's existing trial calendar for this matter, the final pretrial and trial dates will be extended by her office.

                                **/s/** *Stephanie K. Bowman*
                                United States Magistrate Judge